NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3160

### MARGARET L. THOMAS,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0831070861-I-2.

ON MOTION

ORDER

Margaret L. Thomas submits a second letter requesting discovery.

The court previously informed Thomas that discovery of additional documents is not conducted on appeal. The court will treat Thomas's June 15, 2009 letter as her reply brief.

Accordingly,

IT IS ORDERED THAT:

Thomas's letter is treated as her reply brief. Copies of the letter and this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JUN 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Margaret L. Thomas
     William P. Rayel, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK